**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 440 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| IGOR KHINCHEGASHVILI, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.